**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 Case |
| EDWARD J. RAKOWSKI | Case No. 10-15715 |
| Debtor. | Hon. Pamela S. Hollis |
| | Date: 03/08/2012<br>Time: 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **MARCH 8, 2012 AT 10:30 A.M.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, or such other judge as may be sitting in her place and stead, in Courtroom 644, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD AUGUST 15, 2011 THROUGH DECEMBER 8, 2011**, at which time and place you may appear as you see fit.

Respectfully submitted,

ARNSTEIN & LEHR, LLP

By:   /s/ Robert A. McKenzie
            One of its attorneys

Robert A. McKenzie (06293346)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Robert A. McKenzie, an attorney, certify that I caused a copy of the foregoing Notice of Motion and the Motion referred to therein to be served on the parties listed on the attached service list by depositing the same in the U.S. Mail with proper postage prepaid to those not on the Court's ECF System and by the Court's ECF System to those entities entitled to electronic service, on **February 8, 2012**.

/s/ Robert A. McKenzie
Robert A. McKenzie

## Service List

**Brian C Pedersen**
**Christine B Adams**
**Michael C Burr**
**Robert J Adams**
Robert J Adams & Assoc
125 S Clark Street Suite 1810
Chicago, IL 60603

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Timothy J. Hoppa**
Ottosen Britz Kelly Cooper & Gilbert Ltd
1804 N Naper Blvd Suite 350
Naperville, IL 60563

**Michael T Shelton**
Office of Chief Counsel/IRS
200 W Adams St, Suite 2300
Chicago, IL 60606

**Patrick J. Fitzgerald**
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

**Peter C Bastianen**
**Gloria C Tsotsos**
**Joel P Fonferko**
Codilis and Associates
15W030 N. Frontage Rd.
Suite 100
Burr Ridge, IL 60527

**Dana N O'Brien**
Pierce & Associates P.C.
1 N Dearborn Street
Suite 1300
Chicago, IL 60602

**Edward J. Rakowski**
513 Pond Gate Drive
Barrington Hills, IL 60010-9208

[CONTINUED ON THE FOLLOWING PAGE]

Algonquin Lake in the Hills Fire Protection
1020 W. Algonquin Road
Lake in the Hills, IL 60156-3500

Chase Home Finance LLC
10790 Rancho Bernardo Rd.
San Diego, CA 92127-5705

Algonquin-Lake in the Hills Fire Protection
c/o Timothy J. Hoppa
Ottosen Britz Kelly Cooper & Gilbert, Lt
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563-8807

Angel Estevez
c/o MALONE SUSAN P
20 N WACKER DR 1745
CHICAGO IL 60606-2904

Associate Area Counsel, SB/SE,
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606-5231

Associated Bank
1305 Main Street
Stevens Point, WI 54481-2898

Capital One
15000 Capital One
Richmond, VA 23238-1119

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Codilis & Associates, PC
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Carol DiTusa
2591 Meadlark Lane
West Chicago, IL 60185-5945

Chase Home Finance
PO Box 509011
San Diego, CA 92150-9011

Chase Home Finance LLC
c/o Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602-4321

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044-0055

Donahue, Sowa & Magana
C/O Edgerton & Edgerton
125 Wood Street
Po Box 218
West Chicago, IL 60186-0218

Donahue, Sowa & Magna
216 Campell Street
Geneva, IL 60134-2736

Donald Newman
Hinsdale Bank & Trust Co.
25 E. First St.
Hinsdale, IL 60521-4119

Edgerton & Edgerton
125 Wood St.,
Po Box 218
West Chicago, IL 60186-0218

Hinsdale Bank and Trust Company
25 E. First St.
Hinsdale, IL 60521-4119

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service - Department of Tre
P.O. Box 7346
Philadelphia, PA 19101-7346

James Beers
507 Pond Gate
Barrington, IL 60010-9208

Jefferson Capital Systems, LLC
PO Box 23034
Columbus, GA 31902-3034

Mortgage Electronic Registration
1595 Springhill Rd, Suite 310
Vienna, VA 22182-2228

Northside Community Bank
800 South Il Route 83
Stevens Point, WI 54481
Mundelein, IL 60060-4575

R Connor, PC
119 EAST LAUREL AVENUE
Lake Forest, IL 60045-1280

Patrick S Layng

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case |
| EDWARD J. RAKOWSKI | Case No. 10-15715 |
| Debtor. | Hon. Pamela S. Hollis |
| | Date: 03/08/2012<br>Time: 10:30 a.m. |

## FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD AUGUST 15, 2011 THROUGH DECEMBER 8, 2011

Arnstein & Lehr LLP ("A&L"), former special tax counsel for Edward J. Rakowksi, debtor and debtor-in-possession ("Debtor"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as compensation the amount of $5,924.50 for legal services rendered during the period August 15, 2011 through December 8, 2011 and reimbursement to A&L in the amount of $253.04 for expenses; (b) authorizing A&L to apply $2,500 held as retainer by A&L first to pay the allowed fees and then to pay allowed expenses for the period August 15, 2011 through December 8, 2011; (c) authorizing the Debtor to pay the allowed fees and expenses for the period August 15, 2011 through December 8, 2011, after the application of the $2,500 retainer held by A&L; and (d) allowing as final compensation the aggregate amount of $5,924.50 for legal services rendered and $253.04 in expenses for the period August 15, 2011 through December 8, 2011. In support thereof, A&L respectfully states as follows:

## BACKGROUND

### The Chapter 11 Bankruptcy Case

1.      On April 9, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"). On the same date, the Debtor filed his bankruptcy schedules and Statement of Financial Affairs.

2.      On October 20, 2011, this Court entered an Order approving Debtor's application to employ of Robert E. McKenzie and the law firm of Arnstein & Lehr LLP ("A&L") as Debtor's special tax counsel in the Chapter 11 Case retroactive to the August 15, 2011.

3.      Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to manage its assets and financial affairs as debtor in possession.

4.      A proof of claim was filed by Internal Revenue Service (the "IRS") in the amount of $2,005,397.79. On February 10, 2011 this Court entered an order disallowing the IRS' claim and gave the IRS until April 1, 2011 to amend their claim. On March 31, 2011 the IRS filed an amended proof of claim identical to the initial claim disallowed by this Court (the "IRS Claim"). The IRS subsequently amended its claim on October 17, 2011, to the amount of $3,023,812.54. The Debtor continues to dispute the amounts claimed by the IRS.

5.      On April 4, 2011, the Debtor filed another objection to the IRS Claim and the IRS filed a timely response to the claim objection. A discovery schedule has been set and extended on the Debtor's objection to the IRS Claim and a hearing is scheduled for March 8, 2012.

6. On December 8, 2011, this Court granted A&L's Motion to withdraw as special tax counsel for the Debtor and allowed Robert A. McKenzie, Robert E. McKenzie and Adam S. Fayne to withdraw their appearances instanter.

## NARRATIVE SUMMARY OF SERVICES
### (First and Final Fee Application)

7. A narrative summary of the services rendered by A&L during the period August 15, 2011 through December 8, 2011 is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtor during this period are reflected on the billing statements attached hereto as Exhibits A - B. The billing statements set forth the name of each attorney, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney.

8. The services rendered by A&L during the period August 15, 2011 through December 8, 2011 relate solely to A&L's representation of the Debtor as its special tax counsel including the Debtor's objection to the IRS Claim and a Motion to Dismiss made by the IRS (which was based upon allegations relating to Federal Income Taxes). The fees and expenses sought by A&L include $5,924.50 for legal services rendered during the period August 15, 2011 through December 8, 2011 and reimbursement to A&L in the amount of $253.04 for expenses.

9. The time expended by each billing professional, for which compensation is requested, is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate 2010 | Hourly Rate 2011 |
|---|---|---|---|---|
| Adam S. Fayne (ASF) | Tax | 1.8 | $281.00 | $505.80 |
| Kevin H. Morse (KHM) | Bankruptcy | 2.5 | $228.00 | $570.00 |

3

| Robert A. McKenzie (RAM) | Tax | 21.1 | $225.00 | $4747.50 |
|---|---|---|---|---|
| Robert E. McKenzie (REM) | Tax | .2 | $506.00 | $101.20 |
| | **TOTAL:** | **25.6** | | **$5924.50** |

10. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

11. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work. **Further, A&L has not claimed compensation for time entries relating to its work prior to August 15, 2011, which total 1.1 hours expended by Robert A. McKenzie, valued at $247.50.**

12. During the period from August 15, 2011 through December 8, 2011, A&L worked extensively and in cooperation with the IRS and Debtor's Counsel, Christine B. Adams and the firm of Robert J Adams & Associates, to further and conclude the Debtor's objection to the IRS's claim. Toward that end, A&L reviewed the Debtor's objection to the IRS's claim and prepared a Motion to Employ A&L as special tax counsel, negotiated with the IRS with respect to the settlement, prepared and tendered discovery requests to the IRS, reviewed and analyzed the IRS's responses to discovery requests, requested and reviewed records from the IRS's Practitioner Priority Hotline, made numerous attempts to contact the Debtor's prior tax counsel, Maurice Birt, to obtain the Debtor's records and other materials integral to Debtor's objection to the IRS's claim, asserted Debtor's claim of attorney-client privilege with respect to documents and other materials in the possession of Maurice Birt, reviewed the IRS's

4

Motion to Dismiss (which was based upon allegations that the Debtor had failed to file certain Federal Income Tax returns and that Debtor could not consummate a confirmed plan due to his alleged tax debts) and developed a strategy to respond thereto, and appeared in Court on several occasions.

13. A&L advanced expenses on the Debtor's behalf such as copying costs at 20¢ per page, USPS and UPS charges for delivery of documents, and messenger services. A&L seeks $253.04 in expenses, as more fully set forth in Exhibits A - B.

14. No compensation is sought for the preparation of the current or any prior application for compensation.

15. No compensation has been previously sought by or allowed to A&L.

16. A&L expended a total of 25.6 hours for the services provided to the Debtor from August 15, 2011 through December 8, 2011. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it $5,924.50 as compensation for legal services rendered and $253.04 as reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 and 331 of the Bankruptcy Code.

17. Additionally, A&L requests final approval of all A&L fees and expenses in the Debtor's Chapter 11 bankruptcy case. The aggregate fees and expenses sought by A&L for approval are $5,924.50 for legal services rendered and $253.04 in expenses.

18. Based on the hourly charges of A&L set forth above, A&L requests pursuant to Section 330 of the Bankruptcy Code that fees and expenses be allowed an paid as follows:

    a. the Court allow it $5,924.50 as final compensation and $253.04 for the reimbursement of reasonable out-of-pocket expenses for the period of August 15, 2011 through December 8, 2011;

5

  b. the Court authorize A&L to apply $2,500 held in retainer by A&L first to the amount allowed as compensation and then to the amount allowed as expenses; and

  c. the Court Authorize the Debtor to pay the balance due on the allowed amount of fees and expenses after application of the retainer held by A&L, from such source as the Court deems just and proper.

19. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

20. A copy of this Application has been sent to the Debtor, all parties receiving notice by the Court's ECF system, including the United States Trustee, all creditors of the estate, and all other parties entitled to notice.

WHEREFORE, Robert A. McKenzie and the firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

  A. Awarding A&L $5,924.50 as compensation and $253.04 in reimbursement of expenses for the period of August 15, 2011 through December 8, 2011 as set forth herein pursuant to Bankruptcy Code Section 330 and 331;

  B. Awarding A&L the aggregate amount of $5,924.50 as final compensation and $253.04 in reimbursement of expenses for the period of August 15, 2011 through December 8, 2011 as set forth herein pursuant to Bankruptcy Code Section 330;

C.  Authorizing A&L to apply $2,500 held in retainer by A&L first to the amount allowed as compensation and then to the amount allowed as expenses, as set forth herein;

D.  Authorizing the Debtor to pay the balance due on the allowed amount of fees and expenses after application of the retainer held by A&L, from such source as the Court deems just and proper; and

E.  Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP

By:  /s/ Robert A. McKenzie
One of its Attorneys

Robert A. McKenzie (06293346)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288